1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BERNARD ANDREW WHITE,

11              Petitioner,                 No. 2:07cv2483-LEW-JFM (HC)

12         vs.

13   THE STATE OF CALIFORNIA,

14              Respondent.               <u>ORDER</u>

15   _____/

16              On May 14, 2008, petitioner filed a document entitled "The plaintiff file a motion

17   under F.R. 83-143 Stipulation that Shall Apply to F.R. 47-162 Examination Challenges."

18   Petitioner appears to contend that the findings and recommendations were issued in error; that he

19   was only required to file an amended complaint.

20              Court records reflect that petitioner filed an amended complaint that was signed

21   January 27, 2008; however, on February 25, 2008, the court screened the amended complaint and

22   recommended that this action be dismissed pursuant to Fed. R. Civ. P. 41(b).  (<u>Id.</u>)  These

23   findings and recommendations were served on petitioner at his address of record and were not

24   returned by the postal service.  Petitioner did not file objections.  On April 24, 2008, the district

25   court adopted the findings and recommendations that this action was dismissed.

26   /////

1          This action was dismissed on April 24, 2008.  Documents filed by petitioner since

2    the closing date will be disregarded and no orders will issue in response to future filings.

3          Accordingly, IT IS HEREBY ORDERED that petitioner's May 14, 2008 motion

4    to correct the record is denied.

5    DATED:  June 10, 2008.

6

7

                UNITED STATES MAGISTRATE JUDGE

8

9    /001; whit2483.158

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26