IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD ANDREW WHITE,

    Petitioner,               No. 2:07-cv-2483 JAM JFM (HC)

    vs.

THE STATE OF CALIFORNIA,

    Respondent.           <u>ORDER</u>

_____/

        On September 24, 2008, petitioner filed a document entitled "Motion for the Established pursuant to 28 U.S.C. § 332 Chief Judge required to the action upon these civil cases CIV-S-07-0781 MCE GGH P and CIV S-07-2483 LEW JFM P." This motion is not well taken and will be denied.[1] In addition, this petition for writ of habeas corpus was dismissed on April 24, 2008. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 24, 2008 motion is denied. No orders will issue in response to further filings in this action.

DATED: November 6, 2008.

                                             UNITED STATES MAGISTRATE JUDGE

/001; whit2483.158a

---

[1] Petitioner has previously filed a motion to correct the record and a motion for reconsideration. Both motions have been denied. (Orders filed June 11, 2008 & October 15, 2008.)